NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| MEGA BRANDS AMERICA, INC. f/k/a ROSE ART INDUSTRIES, INC. and MEGA BRANDS INC. f/k/a MEGA BLOKS INC., <br><br> Plaintiffs, <br><br> v. <br><br> LEXINGTON INSURANCE and ZURICH INSURANCE CO., <br><br> Defendants. | **Hon. Dennis M. Cavanaugh** <br><br> **ORDER** <br><br> Civil Action No. 08-CV-3323 (DMC) |

<u>DENNIS M. CAVANAUGH, U.S.D.J.</u>:

    **WHEREFORE**, Fed. R. Civ. P. 60(a) states that "[t]he court may correct a clerical mistake or a mistake arising from oversight or omission whenever one is found in a judgment, order, or other part of the record. The court may do so on motion or on its own, with or without notice;"

    IT IS on this   31st   day of July, 2008;

    **ORDERED** that the Court's Order dated July 31, 2008 is hereby **vacated**.

     S/ Dennis M. Cavanaugh
    Dennis M. Cavanaugh, U.S.D.J.

Original:    Clerk
cc:          All Counsel of Record
            Hon. Mark Falk, U.S.M.J.
            File